UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VAN E. JOHNSON,

                    Debtor

Case No. 1-09-49420-ess

Chapter 13

-----------------------------------------------------------------X Adversary No. 10-01138-ess

VAN E. JOHNSON,

                    Plaintiff,

-vs-

IDEAL MORTGAGE BANKERS, LTD d/b/a Lend America, KENNETH ASHLEY KR MANAGEMENT LLC, a New York Company MALCO REAL ESTATE INC., an unknown entity KENNETH GOLDEN, ESQ. SETTLEMENT AGENT PREMIER APPRISAL, APPRAISER SCOTT PECKMAN, Attorney hired by Lend America for Plaintiff, STRUCTURE CLOSING SERVICES LTD. AMERICA SERVICING COMPANY BANK OF AMERICA NATIONAL ASSOCIATION,

                  Defendants.
-----------------------------------------------------------------X

The defendant, Kenneth Golden, Esq. Settlement Agent by his attorney Joseph V. DiBlasi for his Answer states as follows:

The defendant denies the allegations in paragraphs: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 18, 19, 23, 24, 25, 26, 27, 29, 30, 31, 32, 33, 25, 26, 27, 28, 29, 40, 42, 43, 44. Second paragraph 41. Second paragraph 44, 45, 46, 47, 48, 49, 50 ,51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91 and 92.

The defendant does not have a sufficient knowledge to form an opinion on paragraphs: 12, 13, 14, 15, 16, 17, 20, 21, 22, 28, 34 and 41. Second paragraph 43 and 48.

Defendant Kenneth Golden, Esq. notes that he did not receive service until July 15, 2010.

Dated: New York, New York
August 13, 2010

                              JOSEPH V. DIBLASI, ESQ.
                              *Attorney for Defendant Kenneth Golden, Esq.*

                              By: _/s/ Joseph V. DiBlasi_
                                 Joseph V. DiBlasi, Esq.
                                 575 Madison Avenue, 10th Floor
                                 New York, New York 10022
                                 (212) 333-0470

TO:    Karamvir S. Dahiya, Esq.
         Dahiya Law Offices, LLC
         350 Broadway, Suite 412
         New York, New York 10013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VAN E. JOHNSON,

                    Debtor

Case No. 1-09-49420-ess

Chapter 13

-----------------------------------------------------------------X Adversary No. 10-01138-ess

VAN E. JOHNSON,

                    Plaintiff,

  -vs-

**AFFIDAVIT OF SERVICE**

IDEAL MORTGAGE BANKERS, LTD d/b/a Lend America, et al.

                    Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                             )ss:
COUNTY OF NEW YORK )

I, the undersigned, being sworn say: I am not a party to this action, am over 21 years of age. On August 13, 2010, I served the within copy of Defendant Kenneth Golden, Esq. ANSWER by mailing a copy to the following person at the last known address set forth below:

    TO:   Clerk
             United States Bankruptcy Court
             271 Cadman Plaza East, Suite 1595
             Brooklyn, New York 11201

             Karamvir S. Dahiya, Esq.
             Dahiya Law Offices, LLC
             350 Broadway, Suite 412
             New York, New York 10013

                                                                */s/ Stoldia Ducrepin*
                                                                Stoldia Ducrepin

Sworn before me
this ___ day of August, 2010

_____
Notary Public

SHARRI WILNER
NOTARY PUBLIC, State of New York
No. 01WI5044670
Qualified in New York Co[unty]
Commission Expires 10-22-201[?]